**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:
WILSON FILS LAMY						CHAPTER 7
							CASE NO.:  22-15722-PDR

    Debtor(s).
_____/

**NOTICE OF APPEARANCE**

COMES NOW, Michael Solloa of Tripp Scott, P.A., and hereby files his Notice of Appearance as counsel of record for the Creditor, World Omni Financial Corp., in the above-styled case, and requests that the firm be provided copies of all pleadings filed herein and any notice of the matters arising in this action may be duly served on the undersigned at the following address:

    TRIPP SCOTT, P.A.
    Counsel for Creditor
    110 SE 6th Street, 15th Floor
    Fort Lauderdale, FL 33301
    H. Michael Solloa, Jr., Esquire
    bankruptcy@trippscott.com
    Tel: 954-525-7500

    /s/ *H. Michael Solloa, Jr., Esquire*
    H. Michael Solloa, Jr., Esquire
    FBN: 37854

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was provided by U.S. 1st Class or electronic mail to Wilson Fils Lamy, 5415 N.W. 22nd St., Lauderhill, FL 33313; Marc Brown, PA, 6400 N. Andrews Ave., Ste. 510, Fort Lauderdale, FL 33309; *Trustee,* Kenneth A. Welt, 4581 Weston Road Suite 355, Weston, FL 33331; *U.S. Trustee,* Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, on this 9th day of August, 2022.

    /s/ *H. Michael Solloa, Jr., Esquire*
    H. Michael Solloa, Jr., Esquire