**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

WILSON FILS LAMY,   Case No. 22-15722-PDR
    Chapter 7
  Debtor.
_____/

**TRUSTEE'S NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*** 
**OF DORCELINE BAPTISTE LAMY AND INTENT TO SERVE SUBPOENA**

**PRODUCTION OF DOCUMENTS ONLY**

KENNETH A. WELT, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of WILSON FILS LAMY (the "Debtor"), by and through her undersigned counsel, pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1, will examine Dorceline Baptiste Lamy (also referred to as the "Examinee"), under oath on **January 12, 2023, at 4:00 P.M.,** in care of the offices of Dunn Law, P.A., 66 West Flagler Street, Suite 400, Miami, Florida 33130.

The examination is being conducted pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1. The scope of the examination shall be as described in Fed.R.Bankr.P. 2004. Pursuant to Local Rule 2004-1, no order or subpoena shall be necessary, and to the extent that a request for production of documents under this rule may be construed as a request under Bankruptcy Rule 7034, the time to respond is shortened to fourteen (14) days.

**IN LIEU OF APPEARANCE**: The Form Subpoena for Rule 2004 Examination is attached to this Notice. The Examinee is requested to electronically produce all documents described on the attached **Exhibit "A"** on or before **January 12, 2023**, to paula.martinez@dunnlawpa.com, and rbasnueva@dunnlawpa.com. A Dropbox link will be provided to Examinee's counsel.

The Trustee reserves the right to conduct an oral examination of the Examinee.

1

Case No.: 22-15722-PDR

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 22nd day of December, 2022, upon the following:

Wilson Fils Lamy, *Debtor*　　　　　　　　Dorceline Baptiste Lamy, *Examinee*
148 NW 91st Ave.　　　　　　　　　　　　148 NW 91st Ave.
Pembroke Pines, FL 33024-6458　　　　　　Pembroke Pines, FL 33024-6458

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 22nd day of December, 2022, upon all registered users in this case.

**DUNN LAW, P.A.**
*Counsel for Kenneth A. Welt, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
paula.martinez@dunnlawpa.com

By: */s/ Paula A. Martinez*
　　Paula A. Martinez, Esq.
　　Florida Bar No. 1017901

Case No.: 22-15722-PDR

# EXHIBIT "A"

## DEFINITIONS

Unless the context of a specific request requires otherwise, the following definitions and instructions shall apply to these requests:

A. "Debtor", shall mean WILSON FILS LAMY.

B. "Examinee", "You" and "Your" shall mean DORCELINE BAPTISTE LAMY.

C. "Petition Date" shall mean **July 26, 2022.**

D. "Case" or "instant cause" means the instant bankruptcy case, styled *In re: Wilson Fils Lamy* (Case No.: 22-15722-PDR) pending in the United States Bankruptcy Court, Southern District of Florida, Fort Lauderdale Division.

E. "Bank accounts" shall mean any checking, savings, certificates of deposit and other deposit accounts held by a financial institution, bank or credit union.

F. "Coronavirus (COVID-19) Relief" shall mean the Payroll Protection Program known as PPP, Economic Injury Disaster Loans known as EIDL, the Families First Coronavirus Response Act known as FFCRA, and The Coronavirus Aid, Relief, and Economic Security Act known as the CARES Act, and Small Business Administration ("SBA") relief.

G. "Creditor" shall mean any person or entity to whom the Debtor owes money or is due performance of any other contractual obligation.

H. "Communication" or "Communications" includes every manner of transmitting or receiving facts, information, opinions or thoughts (including, but not limited to: visually; orally; in writing; by digital, analog, electronic, magnetic, telephonic, or other mechanical means; or otherwise), including, without limitation, oral conversations, telephone calls, written correspondence, memoranda or notes, meetings document transmittals, facsimiles, emails or any other method by which information is transmitted.

I. "Concerning", "concern," or any other derivative thereof, as used herein shall be construed as referring to, responding to, relating to (as defined herein), pertaining to, connected with, comprising, memorializing, commenting on, regarding, discussing, showing, describing, reflecting, analyzing or constituting.

J. "Contract" or "contracts" shall mean (a) an agreement, oral or written, between two or more Persons which creates an obligation to do or not to do a particular thing, and (b) any document which serves as proof of the obligation, including, without limitation, any subcontract, insurance policy or other formal agreement, including exhibits, attachments, amendments (whether with or without effect), modifications (whether with or without effect), and addenda.

K. "Document", "documents", or "documentation" means the original or a copy of any

3

tangible thing from or on which Information can be stored, recorded, processed, transmitted, inscribed, or memorialized in any way by any means, regardless of technology or form an including, but not being limited to: accounting books or records; accounts; account statements; affidavits; agendas; agreements; analyses; applications; appointment books; appraisals; audio tapes; balance sheets; bordereaux; books; books or records of account; brochures; cables; calendars; catalogues; CD-ROMs; certificates; charts; circulars; compact discs; computer printouts; contracts; correspondence; data processing input and output; deeds; deposition transcripts; desk calendars; diaries; digital images; drafts; DVDs; DVD-ROMs; electrical recordings; electronically stored Information, e-mail communications; evaluations; Excel spreadsheets; experiments; faxes; facsimiles; films; financial statements; floppy disks; guides; guidelines; hard copies of electronic, electrical, magnetic or any other communications not made on paper; hard disk drives; hearing transcripts; income statements; instant messages; interoffice communications; journals; ledgers; letters; lists; logs; magazines; magazine articles; magnetic recordings, magnetic tapes; manuals; memoranda; microfilms; minutes; newspapers, newspaper articles; notations, notebooks; notes; objects; opinions; papers; photographs; policies; PowerPoint presentations; procedures; profit and loss statements, prospectuses; receipts; recordings; releases; reports; schedules; signature cards; sound recordings; spreadsheets; statements; statements of cash flow; statistical records; stock certificates; summaries of accounts; summaries; tables; tabulations; tangible things; telecommunications; telegrams; telefaxes; telex messages; tests; text messages; titles; transcripts; videos; videotapes; websites; work papers; and any other writings, be they typewritten, handwritten, printed, stored in or on any form of electronic or magnetic media, or otherwise, and other records, recordings or pictures of any kind or description. Each copy of a document which contains any separate notations or writings thereon shall be deemed to be a separate document for purposes of these requests. Any document identified will include any document, in draft or final form, either sent or received by You. This term also includes any documents now or ever in Your possession, custody or control, or available to You, Your attorneys, accountants, agents, representatives, employees, or associates, and specifically includes documents kept by individuals in their desks, at home, or elsewhere.

      L.      "Documents" shall also mean all electronic data storage documents or electronically stored information ("ESI") including, but not limited to, e-mails and any related attachments, electronic files or other data compilations which relate to the categories of documents as requested below. Your search for these electronically stored documents shall include all of Your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software, and inactive or unused computer disc storage areas.

      M.      "Information" shall be expansively construed and shall include, but not be limited to facts, data, opinions, images, impressions, concepts, and formulae.

      N.      "Person" means any natural person, firm, partnership, joint venture, corporation, or group of natural persons or such entities.

      O.      "Relating to," "related" or "relating" means, directly or indirectly, refer to, mention, describe, pertain to, arise out of or in connection with or in any way legally, logically, or factually connected with the matter discussed.

      P.      When referring to a person, the term "Identify" shall mean to give, to the extent known, the person's full name, present or last known address, present of last known telephone number, present

or last known e-mail address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

Q.   When referring to a document, the term "Identify" shall mean to state the type of document as defined herein, the subject matter thereof, the date thereof, by whom it was written or prepared, by whom it was signed, to whom it was sent, the present location (name and address of place) thereof, and the present custodian of the original or copies thereof, so that the document is described in sufficient enough detail that it could be subject to a request for production of documents under the applicable rules of civil procedure. If any such document was, but no longer is, in Your possession or subject to Your control, state the disposition of the document.

R.   When referring to a communication other than a document, the term "Identify" shall mean to describe the communication in such a manner that all the following Information is provided: (1) whether the communication took place in person, by telephone, via e-mail, or otherwise; (2) if by telephone, the identity of the person originating the call, the identity of the person receiving the call, the identity of all other persons participating in the communication, and the location of each of those persons at the time of the communication; and the identity of all other persons present within hearing of any party to the communication; (3) if by e-mail, the identity, including name and e-mail address, of the person originating the e-mail; the identity or identities, including name and e-mail address, of all recipients; both intended and unintended, and including persons to whom blind copies were sent, of the e-mail communication; the date and time of the communication; all replies to and forwards of the original communication; the subject of the e-mail communication; and the identity and physical location of the computer, network, or server from which the e-mail was sent; (4) in in Person, the identity of all persons present during the communication and the location of the communication; (5) the date and time of the communication; (6) to the best of Your recollection, what was said by each party to the communication; and (7) the identity of the custodian of any document that recorded, summarized, or concerned the communication.

S.   The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of this discovery all responses that might otherwise be construed to be outside of its scope.

T.   The words "any," "all" and "each" shall be construed as necessary to bring within the scope of this discovery request all responses that might otherwise be construed to be outside of its scope.

U.   The use of the singular form of any word includes the plural and vice versa.

V.   The use of the masculine form of any word includes the feminine form and the neuter form, and vice versa.

**INSTRUCTIONS**

With respect to this request for documents, the following instructions shall apply:

A.   This request for documents is continuing so as to require supplementary documents if additional information or documents hereafter are obtained or discovered which may augment or

otherwise modify the information that You provide and documents that You produce. Supplementary documents are to be served within five (5) days after receipt or discovery of such information or documents.

B. Examinee is hereby notified that its duty to respond to this document request includes the duty to furnish all information, documents and materials which are in Your possession or available to You, including all those which can be obtained from additional sources or in the possession of Your agents, representatives, employees, investigators, attorneys, or anyone acting on their behalf or on Your behalf, pursuant to Fed.R.Bankr.P. 7036. If You are unable to locate any requested information or document after exercising due diligence to secure the requested document, so state.

C. In the event that any document requested herein is not presently in Your possession or subject to Your control, please identify each person You have reason to believe had or has knowledge of its contents.

D. If any document is not produced under a claim of privilege, for each such document identify the nature of the privilege (including work product) that is being claimed, indicate the document request to which the document is responsive, and provide the following information, unless divulgence of such information would cause disclosure of the allegedly privileged information: (1) the type of document, including the number of pages, and attachments or appendices; (2) the general subject matter of the document; (3) the date of the document; (4) all persons to whom the document was distributed, shown or explained; and (5) such other information as is sufficient to identify the document for a subpoena *duces tecum*, including, where appropriate, the author of the document, the addressee of the document, and, where not apparent, the relationship of the author and the addressee to each other.

E. In the event that any document called for has been destroyed, discarded, or otherwise disposed of, identify the document by stating its: (a) author or preparer; (b) addressee(s); (c) indicated or blind copies; (d) date; (e) subject matter; (f) number of pages; (g) attachments or appendices; (h) all Persons to whom it was distributed to or shown; (i) date of destruction of other disposition; (j) manner of destruction or other disposition; (k) reason for destruction or other disposition; (l) Person destroying or disposing of the document; and (m) the document request or requests to which the document is responsive.

F. In producing documents requested herein, You shall produce documents in full, without abridgment, abbreviation, and expurgation of any sort.

G. To the extent this request seeks production of ESI residing elsewhere other than, or in addition to, on back-up copies, such information should be produced in its Native Format on hard drive or other digital storage media that does not otherwise detract from the original format of the files, or that by default may exclude or somehow later any metadata associated with said files. The information produced should include any original or existing full file path, file or fold structure, or other source referencing data, and be fully inclusive of all supporting and underlying data, the absence of which would render the information incomplete or unusable. For purposes of this Instruction, the term "Native Format" shall mean the format that the data was original created in. This should include, but not limited to, information about the software that the data was created in, stored in, or was used, or is used to read, write, alter, modify, or in any way change or manipulate the data.

Case No.: 22-15722-PDR

      H.      All archived data being produced in response to this Request should be provided with the means to view and export such data. Paper documents that are not otherwise contained, stored, or recoverable by electronic means should be provided either in paper format, or via a scanned image in a .PDF or .TIFF format. Colored pages, photographs or other documents among such paper documents that would otherwise loose the color format should be scanned in.JPEG, .PDF or other standard color format.

      I.      All documents shall be produced as they are kept in the usual or ordinary course of business with any identifying labels, file markings or similar identifying features, and shall be organized and segregated in accordance with the numbered and lettered paragraphs and subparagraphs herein, pursuant to Fed.R.Civ.P. 45, made applicable in bankruptcy cases by Fed.R.Bankr.P. 9016.

      J.      All requests herein refer to the period from **July 1, 2018,** to the date of production, unless otherwise specifically indicated, and shall include all documents and information that relate to such period, even though prepared, generated or published prior to or subsequent to that period.

      K.      The Examinee is requested to **electronically** produce all documents described on the attached **Exhibit "A"** on or before **January 12, 2023**, to *paula.martinez@dunnlawpa.com,* and *rbasnueva@dunnlawpa.com*. To facilitate the electronic production of responsive documents, please contact our office to request a Dropbox link, which you may use to upload the responsive documents.

## DOCUMENT REQUESTS

**A. Real & Personal Property**

1. All documents that evidence, refer or relate to any real property owned or occupied by You, individually or jointly with another person or entity, or that You have an equitable interest in, anywhere in the world, from 2006, through the date of Your response, including but not limited to deeds, mortgages, property tax bills for the below properties:

    a) **5415 NW 22nd St, Lauderhill FL 33313**
    b) **5411-5417 NW 22nd St, Lauderhill FL 33313**
    c) **8331 NW 52nd St, Lauderhill FL 33351**
    d) **148 NW 91st Avenue, Pembroke Pines, FL 33024**
    e) **1275 E 51st St, Apt 6L, Brooklyn, NY 11234**
    f) **PO BOX 121062, Fort Lauderdale, FL 33312**
    g) **4020 NW 34th St, Lauderdale Lakes, FL 33319**

2. Complete copy of the closing file, including, without limitation, copies of any and all promissory notes, mortgages, HUD-1s, listing agreements, closing statements, settlement statements, addendums, deeds, mortgage or refinance loan applications, most recent payoff statement, payment documents, for all real property in which You have or had an interest in from of 2006 through present, including all properties identified in request number 1, *supra*.

3. Copy of any **lease, rental agreement**, purchase agreement, and/or sale agreement or contract with respect to any real property that You used, occupied, possessed, owned, rented, or

controlled from 2006 to the date of Your response, including all properties identified in request number 1, *supra*.

4. All documents related to any **proceeds You received from the rental, sale, transfer, or other disposition of any real property or any property rights** from 2006 to the date of Your response, including all properties identified in request number 1, *supra*.

5. All documents evidencing **utility bills** or contributions to utility bills with regard to all four (4) units located at **5411-5417 NW 22nd St, Lauderhill FL 33313** from July 2018 to Present, including but not limited to, electric bills, water bills, sewage/plumbing, phone/cell phone/internet bills, and property tax bills.

6. All documents evidencing **property tax bills** with regard to all four (4) units located at **5411-5417 22nd St, Lauderhill FL 33313** from July 2018 to Present.

7. Identify all mailing addresses for each of the four (4) units located at **5411-5417 22nd St, Lauderhill FL 33313**, along with each unit's utility capabilities/ connections, the name and contact information for each of the occupants/tenants for all respective units, and Your relationship to each occupant/tenant.

8. All documents that reflect Your occupancy of the unit located at 5415 NW 22nd St, Lauderhill FL 33312 from July 2018 to present.

9. All documents showing any and all of Your mailing addresses from July 2018 to Present, including but not limited to U.S. Postal Service change of address forms, mailing addresses listed in utility bills, bank statements, voter registration card, vehicle registrations, vehicle insurance information, driving licenses, occupational licenses, and identification cards. For each document provided, provide date of issuance and the date of any address change(s).

10. Provide a USB flash-drive, portable drive, disc, or hard copies of all of the private/direct messages sent via Facebook, WhatsApp, Instagram, or any other social media platform, that relates to the rental dealings/transactions of any of the four (4) units located at **5411-5417 NW 22nd St, Lauderhill FL 33313** from July 2018 to present.

11. Complete accounting and payment records of all income and contributions derived from **rental/leasing** of all four (4) units located at **5411-5417 NW 22nd St, Lauderhill FL 33313** from July 2018 to present.

12. Copies of any and all **agreements**, including but not limited to **rental contracts** or agreements, **residential leases**, related to or concerning the four (4) units located at **5411-5417 NW 22nd St, Lauderhill FL 33313**, from July 2018 to present.

13. Clear, color photographs of all personal and/or business property, whether You claim an interest in the property or not, both of full room and wide-view and close-ups of any household goods and furnishings, electronics, closet-contents, jewelry, and other valuables.

14. All documentation relating to **any motor vehicles, motorcycles, recreational vehicles, motorhomes, trailers, any vessels, watercraft, aircraft, trailers and/or related accessories** owned by or in possession of You from July 2018 through present, (whether owned by

Case No.: 22-15722-PDR

You or an entity that You are affiliated with, or held in trust by You), including, without limitation, recent appraisals, valuations, certificates of title, registrations, proof of insurance, proof of purchase, lienholder and payoff information, co-owner information, co-registrant information, lease information, proof of sale or transfer including consideration, full name and address of transferee, date of transfer, and relationship to You, including without limitation to:

    a) **2017 Toyota Highlander (VIN: 5TDKZRFH9HS196464)**
    b) **2015 Honda Crosstour (VIN: 5J6TF1H5XFL001286)**

**B.**     **Personal Financial**

    15.     Provide a complete copy of Your credit report as of the date of production.

    16.     Provide a complete copy of Your spouse's credit report as of the date of production.

    17.     Copies of all bank statements (monthly or periodic) and records (including, but not limited to, ledger accounts, deposit slips, **cancelled checks** (front and back), **signature cards**, **wire transfer receipts**, check registers, check stubs, debit or credit advices or memos and wire transfers) for **all bank accounts, both open and closed, personal or business**, including virtual bank or merchant accounts, in any and all financial institutions, anywhere (foreign or domestic), from **July 2018 to present**, that are in Your name, where you are named as joint owner, and where You are an authorized signer or are an interested party of any kind, including but not limited to:

    a) **Bank of America Checking Account x3207**

    b) **Bank of America Savings Account x9431**

    c) **Municipal Credit Union Checking Account x1709**

    d) **American Airlines Credit Union Checking & Savings Accounts**

    e) **Cash App Account (*undisclosed*)**

    f) **Wisely Account (*undisclosed*)**

    18.     Any and all documents relating to any cash withdrawals from, or transfers between, **any** of Your bank accounts in the last two (2) years up to and including the Petition Date for $500 or more, and a description and supporting documents regarding the use of the funds.

    19.     All payment records, documents, and transaction history for any electronic funds transfers including but not limited to CashApp, Zelle, Square, WhatsApp, PayPal, Venmo and other money transfer applications or web tools.

    20.     All payment records, documents, and transaction history for deposits into any of Your bank accounts, showing sources of deposits, such as cash deposits, counter-credits, ATM deposits and/or mobile deposits, from July 2018 to present.

    21.     Any and all documents submitted to any bank, financial institution, or any other person or entity, by You, for any loan or advance, in any capacity (borrower, guarantor, or surety) from July

2018 to present, including but not limited to all credit and/or loan applications, refinancing applications, and any personal financial statements.

22. Any and all documents or applications submitted to any bank, financial institution, the Small Business Administration, the State of Florida (Florida Department of Economic Opportunity), or any other person or entity, by You, for any funding, loan or advance, in any capacity (borrower, guarantor, or surety) from March 2020, to present for any and all **Coronavirus (COVID-19) Relief**.

23. All documents that evidence, refer or relate to any account into which any of Your earnings or other income, including any rental income/contributions, has been deposited from July 2018 to present.

24. Copy of any **federal income tax refund received from 2018 through 2022** that You and/or any corporate entity in which You claim ownership received.

25. Signed copies of all local, state and federal tax returns for the years 2018, 2019, 2020, 2021 and 2022 filed by You or on Your behalf including all supporting forms, schedules and documentation, such as Form K-1, Form W-2, Forms 1099 and 1098, and W-4 tax withholding forms, **including any amendments.**

**C.    Business Interests**

26. All documents that evidence, refer or relate to Your ownership interest in any business entity in the world, such as a corporation, limited liability company, partnership, a limited partnership, a limited liability partnership, a limited liability limited partnership, a professional association and a professional corporation, from July 2018 to present.

27. All documents related to any profit, equity or benefit sharing agreement or joint venture arrangement in which any entity in which You have or had an ownership, equitable, beneficial or other interest in since July 2018.

**General / Other**

28. All documents that evidence, refer, or relate to any gambling income or gambling winnings from July 2018 to present.

29. Copies of all passports held by You, including covers and interior pages, from July 2018 to present.

30. Any and all documents that evidence, refer or relate to any lawsuit, court action, or administrative proceeding, such as personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, evictions, foreclosures, contract disputes, probate, auto accidents, and any other proceeding, from July 2018 to present.

31. All documentation and information regarding any and all transfers of money, contributions, investments, property, loans, gifts over $500.00 made by Debtor to You, from July 2018 to present.

32.     Any and all documents that evidence, refer or relate to any Will in which You are a beneficiary or personal representative.

33.     Any and all documents that evidence, refer or relate to any trust in which You are a settlor, trustee, or beneficiary.

34.     Any and all document that evidence, refer or relate to any storage facility or mini-warehouse(s), self-storage space(s) or similar real property designed and used for the purpose of storing personal property to which You have access, from July 2018, including detailed inventory of stored items, and clear, color photographs of all personal and/or business property stored therein.

*  *  *

**The Trustee reserves the right to request additional documents as the investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**