UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

WILSON FILS LAMY,                                    Case No. 22-15722-PDR
                                                     Chapter 7
    Debtor.
_____/

**TRUSTEE'S MOTION TO COMPEL (1) ACCESS TO REAL PROPERTY AND (2) COOPERATION FROM DEBTOR AND NON-FILING SPOUSE IN TRUSTEE'S EFFORTS TO MARKET AND SELL REAL PROPERTY**

KENNETH A. WELT, as the Chapter 7 trustee of the above referenced bankruptcy estate (the "Trustee"), by and through undersigned counsel, and pursuant to 11 U.S.C. §§ 105, 704, 521, 541 and 542, files this *Motion to Compel (1) Access to Real Property and (2) Cooperation from Debtor and Non-Filing Spouse in Trustee's Efforts to Market and Sell Real Property* (the "Motion"), and as good cause for same, states as follows:

**BACKGROUND**

1. On July 26, 2022 ("Petition Date"), WILSON FILS LAMY (the "Debtor") filed an individual voluntary petition for relief under Title 11, Chapter 7 of the United States Bankruptcy Code.

2. The Debtor's *Schedules A/B* [D.E. 1] lists the Debtor's ownership interest in real property located at 5415 NW 22nd Street, Lauderhill, Florida 33313 ("Real Property") with a scheduled valuation of $467,170.00, encumbered by a secured claim of approximately $127,647.00 in favor of Wells Fargo. *See also Schedule D* [D.E. 1].

3. Pursuant to the Warranty Deed recorded on September 26, 2006, in the Public Records of Broward County, the Debtor and his non-filing spouse, Dorceline Lamy ("D.Lamy") jointly own the Real Property as husband and wife.

4. The Real Property was initially claimed exempt as Debtor's homestead in *Schedule C* [D.E. 48].

5. On March 1, 2023, the Court entered an Agreed Order Sustaining the Objection [D.E. 55], meaning that the Debtor no longer claims the Real Property as exempt. As such, the Real Property became non-exempt property of the Estate.

6. On April 23, 2023, Debtor and Trustee entered into a stipulation to compromise controversy between Trustee and Debtor regarding Real Property and Vehicles, which was subsequently approved by the Court on May 19, 2023 [D.E. 88].

7. Both the Debtor and D. Lamy have made access to the Real Property difficult for the Trustee and his professionals by ignoring and disregarding the Trustee's attempts to obtain cooperation and access.

8. The Trustee submits this behavior may create a chilling effect on the marketing efforts and potential offers for the Real Property.

9. Without belaboring the history of delays in this case, the Estate has and continues to incur unnecessary time and expense in the Trustee's administration of the Real Property as a result of both Debtor's and D.Lamy's failure to respond or cooperate.

10. Accordingly, the Trustee seeks a Court Order directing D.Lamy's and Debtor's cooperation in providing complete access to the Real Property to Trustee's professionals.

**REQUESTED RELIEF**

11. To maximize the potential sale price and properly market the Real Property to potential purchasers, the Trustee requests that his professionals have unfettered access to the Real Property.

12. The Trustee seeks reasonable access to the Real Property for the sole purpose of inspecting and showing the Real Property to potential purchasers, to view the interior under strict

2

supervision of the Trustee or his authorized representative.

13. The Trustee proposes that D.Lamy and Debtor must provide access to the Real Property on request provided that: (a) he provide forty-eight (48) hours of notice (b) access is only during business days between the hours of 9 a.m. to 6 p.m,; and (c) no more than 3 individuals will be permitted inside the interior of the Real Property along with the Trustee's professional at any given time.

14. The Trustee acknowledges there may be personal property belonging to D.Lamy and/or Debtor in the Real Property, for which the Trustee does not currently seek turnover. Any personal property will not be disturbed by the Trustee or his representatives without further Court order.

15. The Real Property is a non-exempt asset of the Estate, and possession and access thereto, are well within the Trustee's rights for proper administration pursuant to 11 U.S.C. §§ 541, 542.

16. The Debtor has a duty to cooperate with the Trustee pursuant to 11 U.S.C. § 521.

17. For the reasons set forth in this Motion, the Trustee asserts it is in the best interests of this Estate to obtain immediate, unfettered access to the Real Property, which requires that the Debtor be absent during the showings of the Real Property to prospective bidders.

**WHEREFORE**, Kenneth A. Welt, as Chapter 7 trustee of the bankruptcy estate of Wilson Fils Lamy, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) compelling Dorceline Lamy and Debtor to provide access of the Real Property to the Trustee and his professionals as set forth herein; and (3) for such other and further relief as this Court deems just and proper.

Respectfully submitted this 24th day of May, 2023.

                                            **DUNN LAW, P.A.**
                                            *Counsel for Kenneth A. Welt, Trustee*

        66 West Flagler Street, Suite 400
        Miami, Florida  33130
        Tel: 786-433-3866
        Fax: 786-260-0269
        michael.dunn@dunnlawpa.com
        paula.martinez@dunnlawpa.com

By: */s/ Paula A. Martinez*
     Paula A. Martinez, Esq.
     Florida Bar No. 1017901


## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on the 20th day of June, 2017, upon the Debtor and Dorceline Lamy:

Dorceline Baptiste Lamy
5415 NW 22nd St.
Lauderhill, FL 33313

Dorceline Baptiste Lamy
1050 SW 39th Ave
Fort Lauderdale, FL 33312

Dorceline Baptiste Lamy
148 NW 91st Ave.
Pembroke Pines, FL 33024-6458

Wilson Fils Lamy
5415 NW 22nd St
Lauderhill, FL 33313

Wilson Fils Lamy
148 NW 91st Ave
Pembroke Pines, FL 33024-6458

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 24th day of May, 2023, upon all registered users in this case.

By: */s/ Paula A. Martinez*
    Paula A. Martinez, Esq.
    Florida Bar No. 1017901