

**ORDERED in the Southern District of Florida on June 22, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

WILSON FILS LAMY,                                   Case No.: 22-15722-PDR
                                                    Chapter 7
      Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO COMPEL (1) ACCESS TO REAL PROPERTY AND (2) COOPERATION FROM DEBTOR AND NON-FILING SPOUSE IN TRUSTEE'S EFFORTS TO MARKET AND SELL REAL PROPERTY**

**THIS MATTER** came before the Court on June 15, 2023, upon Chapter 7 Trustee, Kenneth A. Welt's ("Trustee") *Motion to Compel (1) Access to Real Property and (2) Cooperation from Debtor and Non-Filing Spouse in Trustee's Efforts to Market and Sell Real Property* (the "Motion") [D.E. 94], and the Court, having considered the record and reviewed the Motion, having heard argument of counsel for the Trustee, and for the reasons stated on the record, does hereby

**ORDER** as follows:

1.      The Trustee's Motion is **GRANTED**.

2. The Debtor and Dorceline Lamy are directed to cooperate with the Trustee and to provide the Trustee and his professionals with complete access to the real property located at 415 NW 22nd Street, Lauderhill, Florida 33313 (the "<u>Real Property</u>"), for the purpose of inspecting and showing the Real Property to potential purchasers.

3. Failure by the Debtor and Dorceline Lamy to comply with the terms of this Order may result in sanctions and other relief.

4. The Court retains jurisdiction to enforce the terms of this Order.

#     #     #

**Submitted by:**

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Counsel for Kenneth A. Welt, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunnunn@dunnlawpa.com

*Attorney Dunn is directed to serve a conformed copy of this Order upon the Debtor and interested parties, and to file proof of such service with the Court.*