

**ORDERED in the Southern District of Florida on June 22, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

WILSON FILS LAMY,                                Case No.: 22-15722-PDR
                                                 Chapter 7

       Debtor.

_____/

### ORDER TO SHOW CAUSE WHY DORCELINE LAMY SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH ORDER OF THE COURT

**THIS MATTER** came before the Court on June 15, 2023, upon Chapter 7 Trustee,

Kenneth A. Welt's ("Trustee") Motion for Order to Show Cause (the "Motion") [D.E. 92], seeking

an order to show cause why Dorceline Lamy should not be held in contempt for failure to comply

with an order of the Court, and the Court, having considered the record and reviewed the Motion,

having heard argument of counsel for the Trustee, and for the reasons stated on the record,  does

hereby

**ORDER** as follows:

1.      The Trustee's Motion is **GRANTED**.

2.        Dorceline Lamy is directed to attend a hearing before the Court on **July 20, 2023, at 10:30 a.m.** (the "Show Cause Hearing"), to show cause why she should not be held in contempt for failure to comply with the Court's *Order Granting Trustee's Motion to Compel Production of Documents From Dorceline Baptiste Lamy* [D.E. 72].

3.        The Show Cause Hearing will be held before the Honorable Peter D. Russin, at the **U.S. Courthouse, 299 E. Broward Blvd., Courtroom 301 (PDR), Fort Lauderdale, FL**.

4.        The Debtor and Debtor's counsel are each personally obligated to attend the Show Cause Hearing in person.

5.        The Court retains jurisdiction to enforce the terms of this Order.

#        #        #

**Submitted by:**

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Counsel for Kenneth A. Welt, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunnunn@dunnlawpa.com

*Attorney Dunn is directed to serve a conformed copy of this Order upon the Debtor and interested parties, and to file proof of such service with the Court.*